Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence                              FILED

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

Ft. Myers Division

2023 JAN -3 PM 1:01

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Jay Alan Myers
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Ricky D. Dixon, As Secty FDOC and
Centurion Healthcare
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:23-cv-1-JES-KCD
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name             Jay Alan Myers
Street Address   5052 San Rocco Court
City and County  Punta Gorda   Charlotte County
State and Zip Code  Florida  33950-7922
Telephone Number (614) 374-9121
E-mail Address   jay_.myers@icloud.com

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: Ricky D. Dixon
- Job or Title (if known): Sec'ty FDOC
- Street Address: 501 S. Calhoun St.
- City and County: Tallahassee (Leon)
- State and Zip Code: Florida 32399-2500
- Telephone Number: unknown (850) 488-7052
- E-mail Address (if known): unknown

Defendant No. 2
- Name: Centurion Healthcare
- Job or Title (if known): Medical provider for FDOC
- Street Address: 21251 Ridgetop Circle
- City and County: Sterling
- State and Zip Code: Virginia 20166
- Telephone Number: 800-416-3649
- E-mail Address (if known): unknown

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __Jay Alan Myers__, is a citizen of the State of (name) __Florida__.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __Ricky D. Dixon, As Secty FDOC__, is a citizen of the State of (name) __Florida__. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __Centurion Healthcare__, is incorporated under the laws of the State of (name) __Virginia__, and has its principal place of business in the State of (name) __Regional Offices in Tallahassee__ Or is incorporated under the laws of (foreign nation) __And Ocala, Florida__, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000.00 PERMANENT FACIAL DISFIGUREMENT OF PLAINTIFF; PERMANENT HEARING LOSS IN RIGHT EAR; AND CONTRACTED MRSA

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 1/1/19, at *(place)* Charlotte Correctional Institution, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)* ① FDOC FAILED TO PROVIDE ADEQUATE ESCORT SECURITY TO AND FROM THE DINING FACILITY IN A LEVEL 7 INSTITUTION. ② ALLOWED Sgt. BIRMELE TO COORDINATE WITH AND HIRE INMATE GANG MEMBERS TO ATTACK OTHER INMATES SHE DISLIKED INCLUDING THE PLAINTIFF. ③ FDOC AND CENTURION STAFF REFUSED TO TAKE THE PLAINTIFF TO THE HOSPITAL IN PUNTA GORDA, LESS THAN 10 MINUTES AWAY.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF ASKS FOR AN AGGREGATE AMOUNT OF $1,000,000.00 FOR THE NEGLIGENT HANDLING OF HIS LIFE THREATENING INJURY WHILE UNDER THE COMPLETE CONTROL OF FDOC AND THE MEDICAL NEGLIGENCE OF FDOC HEALTHCARE SUBCONTRACTOR CENTURION HEALTHCARE PROXIMATELY CAUSING THE FACIAL DISFIGUREMENT OF THE PLAINTIFF, HIS PERMANENT IN HIS RIGHT EAR, AND THE MRSA HE CARRIES FOR LIFE IN HIS BODY AND myriad ill pain and suffering.

III. Statement of Claim continuation

They allowed an unqualified doctor to rough stitch Myers' face in a back room. The stitches were done without cleaning the wound. It took over 30 stitches, way outside this doctor's ability. The hospital would have cleaned the wound and then had a qualified surgeon "glue" the facial wound to eliminate scarring. 4) Myers was then placed in a cage in medical for a week with no way to clean the open wound and then he was placed in confinement at Charlotte and was denied access to his hygiene products in his property. He had no way to clean his wounds and no help was offered. He was transferred to SFRC in Miami and again placed in a filthy confinement cell with no help or cleaning or hygiene supplies for a week. The nurse would not do anything for Myers despite his obvious facial inflammation. 5) He was then transferred to Martin C.I. where he finally got some medical help from ARNP Patten, an employee of Centurion. Myers face was so swollen from the infection from the dirty stitching and no medical help for a month that he looked like the "elephant man". Nurse Patten had the stitches removed after being in over a month when they were to be taken out after 10 days. They had to "dig" the stitches out of his face and caused more tissue damage which ended in increased facial scarring.

Nurse Patten finally got the infection under control but not before the damage was done. The medical records show that Myers has suffered permanent facial disfiguration. He also has suffered permanent hearing loss in his right ear "from the infection" not the cut, as ARNP Patten notated in Myers' medical record. She had him tested by an audiologist who determined that the hearing loss was severe and permanent and issued Myers' a hearing aid as notated in his medical file. ARNP Patten also sent a sample of the infection to a lab for testing and it came positive for MRSA which is in Myers' system for life. It can resurface at any time and if the available antibiotics don't work, Myers' will die.

All of this could have been avoided if Charlotte C.I. staff had proper escort by security as policy dictates while inmates are going to and from the chow hall. They also knew that Sgt. Birmele was dirty as she had just came off of a 60 day suspension without pay for doing underhanded dealings with G dorm inmates. There is no reason why the prison staff and Centurion employees at Charlotte did not have Myers' taken to the hospital 10 minutes away. Myers overheard the captain and the Centurion senior nurse talking and it was said that they did not need more negative publicity and they knew Myers' family was affluent and lived in Burnt Store Isles in Punta Gorda.

Note: Myers tried to contact his mother while initially in medical but the officer told him that he was ordered not to let Myers' use the kiosk or the phone. This continued while he was in confinement at Charlotte and at SFRC. He could not contact his family until one month later when he got to MartinC.I. Myers was #5 of 7 men that Sgt. Birmele had cut. She is a militant lesbian and did not like the fact that the Veterans'/Faith based dorm earned extra privileges and thought they should suffer more which is why she paid a Blood gang member named Rico to do the attacks.

All of this suffering and permanent injury to Myers' could have been avoided had FDOC staff and Centurion staff not been negligent in their professional duties. The attack would not have happened with proper security and the removal of Sgt. Birmele after her first suspension. Had Centurion sent Myers' to the hospital in Punta Gorda, Myers would have little scarring, no hearing loss and no permanent MRSA. This is unacceptably negligent.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/26/2022

Signature of Plaintiff
Printed Name of Plaintiff  Jay Alan Myers

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address