```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

JAY ALAN MYERS,

    Plaintiff,

v.                                  Case No: 2:23-cv-1-JES-KCD

RICKY D. DIXON, Secretary FDOC and CENTURION HEALTHCARE,

    Defendants.

## ORDER

On January 5, 2023, the Court issued an Order (Doc. #4) dismissing the Complaint (Doc. #1) for lack of subject-matter jurisdiction without prejudice to filing an Amended Complaint. The deadline to file an amended pleading has expired and no Amended Complaint has been filed.

Accordingly, it is hereby

**ORDERED:**

The Clerk shall terminate all deadlines and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of January 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record